No. 90–1130. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY v. HARPER. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–1146. FMC v. SHOSHONE-BANNOCK TRIBES ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 90–1212. TAHOE-SIERRA PRESERVATION COUNCIL, INC., ET AL. v. TAHOE REGIONAL PLANNING AGENCY ET AL. C. A. 9th Cir. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 90–1333. BOBAL v. RENSSELAER POLYTECHNIC INSTITUTE ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 90–6193. MCSHERRY v. BLOCK ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.

No. 90–6951. COMER v. ARIZONA. Sup. Ct. Ariz.; and

No. 90–7193. HOWARD v. ROWLAND ET AL. Sup. Ct. Cal. Certiorari denied. Reported below: No. 90–6951, 165 Ariz. 413, 799 P. 2d 333.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 90–835. SMITH, ADMINISTRATRIX OF THE ESTATE OF SMITH, DECEASED v. CITY OF BERKELEY ET AL., 498 U. S. 1068;

No. 90–1054. IN RE MCDONALD, 498 U. S. 1081;

No. 90–5783. CALLIS v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL., 498 U. S. 1091; and

No. 90–6411. SINDRAM v. MCKENNA ET AL., 498 U. S. 1096. Petitions for rehearing denied.